IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA                                                          PLAINTIFF

v.                              No. 4:15-cv-412-DPM

ALL SEASONS ROOFING INC., and
BROWNLEE CONSTRUCTION
CONSULTANTS, LLC                                                            DEFENDANTS

ORDER

The Court notes and appreciates plaintiff's notice of voluntary dismissal. № 11. All claims against Brownlee Construction Consultants, LLC are dismissed without prejudice. FED. R. CIV. P. 41(a)(1)(A)(i). The Court directs the Clerk to update the docket to reflect this change.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2015