IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA                                                    PLAINTIFF

v.                        No. 4:15-cv-412-DPM

ALL SEASONS ROOFING, INC. and
BROWNLEE CONSTRUCTION
CONSULTANTS, LLC                                                     DEFENDANTS

## JUDGMENT

All claims against All Seasons Roofing are dismissed with prejudice. All claims against Brownlee Construction Consultants are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 December 2016